BALDWIN GRAPHIC SYSTEMS,
INC., Plaintiff–Appellant,

v.

SIEBERT, INC., Defendant–Appellee.

No. 2008–1603.

United States Court of Appeals,
Federal Circuit.

Jan. 27, 2009.

James W. Gould, Morgan & Finnegan, LLP, New York, NY, for Plaintiff–Appellant.

Keith D. Parr, Locke, Lord Bissell & Liddell, LLP, Chicago, IL, for Defendant–Appellee.

*ORDER*

ON MOTION

Upon consideration of the parties' joint motion to remand this case, *Baldwin Graphics v. Siebert*, to the United States District Court for the Northern District of Illinois, no. 03–CV–7713, for further proceedings consistent with the confidential settlement agreement reached by the parties.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Ross MILLIGAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2008–3260.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2009.

David Schlachter, Law Offices of David Schlachter, Uniondale, NY, for Petitioner.

Jane W. Vanneman, Meredyth Cohen Havasy, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.